IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hudson, Melba E | Case Number: 04 B 33936 |
| | Judge: Hollis, Pamela S |
| Printed: 3/25/08 | Filed: 9/14/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 21, 2008
Confirmed: November 1, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 13,972.50 | |
| Secured: | | 8,252.62 |
| Unsecured: | | 1,346.60 |
| Priority: | | 0.00 |
| Administrative: | | 2,514.40 |
| Trustee Fee: | | 651.38 |
| Other Funds: | | 1,207.50 |
| Totals: | 13,972.50 | 13,972.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,514.40 | 2,514.40 |
| 2. | Net Bank | Secured | 0.00 | 0.00 |
| 3. | Toyota Motor Credit Corporatio | Secured | 8,252.62 | 8,252.62 |
| 4. | Toyota Motor Credit Corporatio | Priority | 0.00 | 0.00 |
| 5. | Toyota Motor Credit Corporatio | Unsecured | 194.67 | 384.90 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 108.00 | 213.54 |
| 7. | American General Finance | Unsecured | 378.25 | 748.16 |
| 8. | Comcast | Unsecured | | No Claim Filed |
| 9. | America OnLine | Unsecured | | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 11. | MCI | Unsecured | | No Claim Filed |
| 12. | Sprint PCS | Unsecured | | No Claim Filed |
| 13. | TCF Financial Services | Unsecured | | No Claim Filed |
| | | | $ 11,447.94 | $ 12,113.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 112.11 |
| 4% | 41.41 |
| 3% | 36.23 |
| 5.5% | 170.78 |
| 5% | 51.75 |
| 4.8% | 99.36 |
| 5.4% | 139.74 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hudson, Melba E

Printed:  3/25/08

Case Number:  04 B 33936
Judge:  Hollis, Pamela S
Filed:  9/14/04

_____
$ 651.38

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____